

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00745-CV

Keeann **DEVORA**, Craig Owen, and Keller Williams Realty,
Appellants

v.

Tavaris J. **SLAUGHTER**, Individually, and TJ Slaughter Enterprises, LLC,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-13013
Honorable Janet P. Littlejohn, Judge Presiding[1]

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  March 25, 2015

SET ASIDE AND REMANDED

The parties filed a joint motion to dismiss, asking this court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We grant the motion. *See id.* Pursuant to the agreement of the parties, costs of appeal are taxed

---

[1] The Honorable Renee Yanta is the presiding judge of the 150th District Court, Bexar County, Texas.  The judgment in this case was signed by the Honorable Janet P. Littlejohn, former presiding judge of the 150th District Court, Bexar County, Texas.

against the party who incurred them.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM